# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOSEPH RIDDELL,**

               **Plaintiff,**

-vs-                                                 Case No. 6:06-cv-14-Orl-31KRS

**TIME INSURANCE COMPANY,**

               **Defendant.**

_____

## ORDER

This matter comes before the Court on the Defendant's response (Doc. 15) to the order to show cause (Doc. 14). The parties agree that the amount at issue in this diversity dispute is less than $75,000, and therefore the Court lacks subject matter jurisdiction. It is therefore

**ORDERED** that this case is **REMANDED** to the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida. The Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 10, 2006.

                                                          GREGORY A. PRESNELL
                                               UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party